UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JASON D. BOUDREAU<br>    Defendant. | Cr. No.  CR 16 11M<br><br>In violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) |

## INDICTMENT

The Grand Jury charges that:

### COUNTS 1-33

(Access with Intent to View Child Pornography)

On or about the dates set forth below, in the District of Rhode Island and elsewhere, the defendant, JASON D. BOUDREAU, did knowingly access with intent to view at least one matter contained on an LG LS990 G3, cellular telephone, serial number 503KPBF0523061, which contained a visual depiction, including visual depictions involving prepubescent minors and minors who had not attained twelve years of age, that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been mailed and shipped and transported by any means, including by computer, and where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and that such visual depiction was of such conduct, and attempted to do so,

| COUNT | DATE (On or about) | NUMBER OF MATTERS |
|---|---|---|
| 1 | August 16, 2015 | 11 |
| 2 | August 17, 2015 | 17 |
| 3 | August 19, 2015 | 4 |

| COUNT | DATE (On or about) | NUMBER OF MATTERS |
|---|---|---|
| 4 | August 22, 2015 | 1 |
| 5 | August 23, 2015 | 8 |
| 6 | August 25, 2015 | 1 |
| 7 | August 30, 2015 | 3 |
| 8 | September 1, 2015 | 1 |
| 9 | September 2, 2015 | 27 |
| 10 | September 3, 2015 | 44 |
| 11 | September 4, 2015 | 13 |
| 12 | September 5, 2015 | 36 |
| 13 | September 6, 2015 | 78 |
| 14 | September 9, 2015 | 47 |
| 15 | September 10, 2015 | 42 |
| 16 | September 13, 2015 | 43 |
| 17 | September 16, 2015 | 15 |
| 18 | September 19, 2015 | 1 |
| 19 | September 20, 2015 | 76 |
| 20 | September 23, 2015 | 19 |
| 21 | September 24, 2015 | 4 |
| 22 | September 25, 2015 | 44 |
| 23 | September 29, 2015 | 56 |
| 24 | September 30, 2015 | 11 |
| 25 | October 1, 2015 | 36 |
| 26 | October 2, 2015 | 23 |
| 27 | October 4, 2015 | 31 |
| 28 | October 9, 2015 | 8 |

| COUNT | DATE (On or about) | NUMBER OF MATTERS |
|---|---|---|
| 29 | October 10, 2015 | 26 |
| 30 | October 16, 2015 | 26 |
| 31 | October 19, 2015 | 2 |
| 32 | October 21, 2015 | 1 |
| 33 | November 14, 2015 | 2 |

All in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

## FORFEITURE ALLEGATION

As a result of the offenses alleged in Counts 1 through 33 of this Indictment, pursuant to 18 U.S.C. § 2253 and 21 U.S.C. § 853 as specified at 18 U.S.C. § 2253(b), the defendant, JASON D. BOUDREAU, shall forfeit to the United States of America any and all property constituting visual depictions as described in 18 U.S.C. § 2253(a)(1); any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense as described in 18 U.S.C. § 2253(a)(2); and any property, real or personal, used or intended to be used to commit or to promote the commission

of such offense or any property traceable to such property as described in 18 U.S.C. § 2253(a)(3).

A TRUE BILL:

REDACTED

PETER F. NERONHA
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

ADI GOLDSTEIN
Criminal Chief,
Assistant U.S. Attorney

Date: February 16, 2016