UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. 16-011-M-LDA |
| v. | |
| JASON D. BOUDREAU | |

## INFORMATION CHARGING A PRIOR OFFENSE

The United States Attorney for the District of Rhode Island hereby accuses, Defendant JASON D. BOUDREAU, who stands charged with access with intent to view child pornography and possession of child pornography, both in violation of 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2), of having been previously convicted of second degree child molestation and possession of child pornography, as described below:

On or about March 14, 2012, Defendant Jason D. Boudreau was convicted in case number K2-2010-0725A of second degree child molestation in violation of R.I. Gen. Laws § 11-37-8.3, in Kent County, Rhode Island, and was sentenced to 8 years imprisonment, with 2 years to serve and 6 years suspended, and 6 years of probation.

On or about January 2, 2014, Defendant Jason D. Boudreau was convicted in case number P2-2012-0841A of possession of child pornography in violation of R.I. Gen. Laws § 11-9-1.3(4), in Providence County, Rhode Island, and was sentenced, and thereafter resentenced on February 10, 2014 to 5 years suspended, and 5 years of probation, concurrent with the sentence in case number K2-2010-0725A.

WHEREFORE, The United States of America hereby gives notice pursuant to 18 U.S.C. § 2252(b)(2) that Defendant Jason Boudreau has a prior conviction for second degree child molestation and a prior conviction for possession of child pornography and, as a result of either of those convictions, is therefore subject to a term of imprisonment of not less than 10 years nor more than 20 years.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

PETER F. NERONHA
United States Attorney

_/s/ Denise M. Barton_____
DENISE MARIE BARTON
Assistant U.S. Attorney
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401)709-5000-phone
(401)709-5001-fax
denise.barton@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 23rd day of December, 2017, I caused the within Information Charging a Prior Offense to be electronically filed using the CM/ECF System.

Electronic notification through the ECF System:

    Mr. Olin Thompson
    Federal Defender's Office
    10 Weybosset Street, Suite 300
    Providence, Rhode Island 02903
    olin_thompson@fd.org

    /s/ DENISE M. BARTON
    DENISE MARIE BARTON
    Assistant U.S. Attorney
    50 Kennedy Plaza, 8th floor
    Providence, RI 02903
    (401)709-5000-phone
    (401)709-5001-fax
    denise.barton@usdoj.gov