UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | CR. No. 16 – 11 M |
| JASON BOUDREAU | : |

_____

MOTION TO CONTINUE SENTENCING

Now comes Jason Boudreau, the Defendant in the above captioned matter, and moves this Honorable Court to continue the sentencing in this matter for a period of 60 days. In support of this request, defense counsel states that he is waiting for a mitigation report to be finalized and received.

The government, through AUSA Denise Baron, has no objection to the granting of this Motion.

Respectfully submitted
Jason Boudreau
By his attorney,

/s/ Olin Thompson #5684
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
olin_thompson@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Denise Barton, Assistant United States Attorney, on November 13, 2018.

/s/ Olin Thompson