UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASON BOUDREAU,<br>           Defendant. | Criminal Case No. 16-011-M |

## ASSENTED TO MOTION TO CONTINUE SENTENCING

The United States moves to continue the currently scheduled sentencing date for 60 days, to a date of the Court's choosing.   Defense and Probation have both assented to this request.

In preparing for sentencing, the United States believes that there may be outstanding restitution requests from known victims.   Although the United States took efforts to notify victims through the established process and request that restitution requests be submitted, due to the lack of responses from known victims who have customarily submitted requests, we believe that not all notifications may have reached victims.   Therefore, the United States seeks additional time in advance of sentencing to ensure that all victims have been properly notified and given an opportunity to submit requests if they so choose.

Respectfully submitted,

AARON L. WEISMAN
United States Attorney

/s/ Denise M. Barton
DENISE M. BARTON
Assistant U. S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Phone: (401) 709-5063
Email: denise.barton@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2019, I caused the Assented To Motion To Continue Sentencing to be filed electronically and it is available for viewing and downloading from the ECF system.

                                              /s/ Denise M. Barton
                                              DENISE M. BARTON
                                              Assistant U. S. Attorney
                                              United States Attorney's Office
                                              50 Kennedy Plaza, 8th Floor
                                              Providence, RI 02903
                                              Phone: (401) 709-5063
                                              Email: denise.barton@usdoj.gov