UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASON BOUDREAU,<br>           Defendant. | Criminal Case No. 16-00011-JJM— LDA |

### NOTICE OF WITHDRAWAL OF APPEARANCE

I, Richard W. Rose, hereby enter my withdrawal of appearance as counsel for the United States of America in the above matter.

Respectfully submitted,

AARON L. WEISMAN
United States Attorney

/s/ Richard W. Rose
RICHARD W. ROSE
Assistant U. S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Phone: (401) 709-5043

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 15, 2019, I caused the Notice of Withdrawal of Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

      /s/ Richard W. Rose
RICHARD W. ROSE
Assistant U. S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Phone: (401) 709-5043