UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | CR. No. 16 – 11 JJM |
| JASON BOUDREAU | : |

_____

MOTION TO CONTINUE SENTENCING

    Now comes Jason Boudreau, the Defendant in the above captioned matter, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for January 17, 2020, for a period of 60 days. As grounds, defendant has a number of pending Rhode Island state court matters he wishes to finalize before being designated out of state by the BOP. Mr. Boudreau expects his state matters to be resolved by the end of February, 2020, and, if resolved in his favor, the result will affect the calculated guideline range.

                                           Respectfully submitted
                                           Jason Boudreau
                                           By his attorney,

                                           /s/ Kevin J. Fitzgerald #5775
                                           Assistant Federal Defender
                                           10 Weybosset St., Ste. 300
                                           Providence, RI 02903
                                           (401) 528-4281
                                           FAX 528-4285
                                           olin_thompson@fd.org

CERTIFICATION

    I hereby certify that a copy of this motion was delivered by electronic notification to Denise Barton, Assistant United States Attorney, on January 6, 2020.

                                           /s/ Kevin J. Fitzgerald