

DONALD W. WYATT DETENTION FACILITY

Certificate of Completion

is hereby granted to

Jason Boudreau

to certify that he/she has completed to satisfaction

Leadership role of Facilitating the Sex Offender Treatment Program

Granted: August 7th, 2019

Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator



DONALD W. WYATT DETENTION FACILITY

# Certificate of Completion

is hereby granted to

## Jason Boudreau

to certify that he/she has completed to satisfaction

Co Facilitator of Sex Offender Treatment Program Modules and Modalities

Granted: July 23, 2019

Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator



# Certificate of Completion

**DONALD W. WYATT DETENTION FACILITY**

is hereby granted to

## Jason Boudreau

to certify that he/she has completed to satisfaction
Co Facilitator of Sex Offender Treatment Program Modules and Modalities

Granted: May 23rd, 2019

_Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator_



DONALD W. WYATT DETENTION FACILITY

# Certificate of Completion

is hereby granted to

# Jason Boudreu

to certify that he/she has completed to satisfaction

## SOTP Assessment & Treatment Services Part One

Granted: May 7, 2019



Nicole E. Rodrigues, LMHC, Mental Health Provider

# Certificate of Completion

IS HEREBY AWARDED TO

## Jason Bourdreau

FOR PARTICIPATION IN THE
ANGER MANAGEMENT AND SUBSTANCE ABUSE AWARENESS
PSYCHOEDUCATIONAL GROUPS
AT THE WYATT DETENTION FACILITY

January 24, 2018
Date

*Lindsey Anderson, PhD*
LINDSEY ANDERSON, PHD, DIRECTOR,
PSYCHOLOGICAL CONSULTATION CENTER,
UNIVERSITY OF RHODE ISLAND

*Jean Singleton*
Jean Singleton, Programs Director
Wyatt Detention Facility
Central Falls, RI



# CERTIFICATE of COMPLETION

PRESENTED TO

**Jason Boudreau**

HAS SUCCESSFULLY COMPLETED THE

**SUBSTANCE ABUSE CLASS**

At The Donald W. Wyatt Detention Facility

**DANIEL W. MARTIN**
Warden

**JEAN SINGLETON**
Program Director

**KAYLA PARI**
Counselor

August 2017