# CENTRAL FALLS
## DETENTION FACILITY CORPORATION

August 24, 2019

Re:   Boudreau, Jason
      D.O.B   08/22/1974
      USMS#   10950-070

Dear Attorney Thompson,

Detainee Boudreau has been incarcerated at the Wyatt Detention Center since December 30, 2015. As of May 2019, Mr. Boudreau completed and graduated the Substance Abuse Program that is instructed by Counselor Pari. The Substance Abuse Class was a twelve week long course. While in group Mr. Boudreau was open about his experience, strength and hope and enjoyed engaging in the class discussions.

The class covered all areas of addiction and life changes which include: REBT, CBT, Stages of Change, Health and Wellness, Higher Power, Relapse Prevention, Overdose Prevention, Dealing with Adversities and much more. Mr. Boudreau completed all assignments that were given and completed the end of class project while putting much thought and effort into it. He was a great asset to the class and each week he would help other detainees to see their potential and continue to have a positive outlook for his future.

Detainee Boudreau has also completed and graduated Reentry, Substance Abuse and Anger Management. He is also currently enrolled in the Sex Offender Treatment Program which he continues to be a great asset to the class.

He also continues to be great asset to the unit as he is constantly helping staff and his fellow peers on a daily basis.

If you have any questions, please don't hesitate to contact me.

Kayla Pari
KPari@WyattDetention.com
(401)721-0336

Wyatt Detention Facility
950 High Street
Central Falls, Rhode Island   02863