RECEIVED
NOV 29 2021
U.S. DISTRICT COURT
DISTRICT OF R.I.

United States District Court
District of Rhode Island

United States of America

v.                    Criminal Case No. 16-011-JJM

Jason Boudreau

## Notice of Appeal

Now comes the Defendant, Jason Boudreau, and hereby files his notice of appeal to the First Circuit Court of Appeals of the sentence and/or Judgment entered against the Defendant on November 18, 2021 in Criminal Case No. 16-011-JJM. The appeal is based on, but not limited to, the government's breach of the plea agreement, the district court's denial of various motions to suppress, and the district court's calculation of the guidelines range.

Respectfully Submitted,                    Dated: November 22, 2021

*Jason Boudreau*

Jason Boudreau
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360