RECEIVED

NOV 29 2021

U.S. DISTRICT COURT
DISTRICT OF R.I.

11/22/2021

Clerk of the Court
U.S. District Court
One Exchange Terrace
Providence, RI 02903

Re: Notice of Appeal
    U.S. v. Boudreau, Cr. Case No. 16-011-JJM

Dear Court Clerk,

Enclosed please find my Notice of Appeal. Please docket the Notice in the above referenced case.

Please note that I do not wish to have attorney Kevin Fitzgerald represent me in the appeal.

Sincerely,

Jason Boudreau
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

United States District Court
District of Rhode Island

RECEIVED
NOV 29 2021
U.S. DISTRICT COURT
DISTRICT OF R.I.

United States of America

v.                    Criminal Case No. 16-011-JJM

Jason Boudreau

## Notice of Appeal

Now comes the Defendant, Jason Boudreau, and hereby files his notice of appeal to the First Circuit Court of Appeals of the sentence and/or Judgment entered against the Defendant on November 18, 2021 in criminal case no. 16-011-JJM. The appeal is based on, but not limited to, the government's breach of the plea agreement, the district court's denial of various motions to suppress, and the district court's calculation of the guideline range.

Respectfully Submitted,     Dated: November 22, 2021

*/s/ Jason Boudreau*
Jason Boudreau
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360