RECEIVED

DEC 02 2021

U.S. DISTRICT COURT
DISTRICT OF R.I.

(1)

11/26/21

Honorable John J. McConnell
U.S. District Court
One Exchange Terrace
Providence, RI 02903

Re: United States v. Jason Boudreau; Case No. 16-011-JJM

Dear Judge McConnell,

    On November 18, 2021 you sentenced me to 235-months imprisonment because you felt my chances of re-offending were 100%. However, you under-estimated my commitment and desire for treatment and rehabilitation, and my attorney did a horrible job of describing my pre-arrest and post-arrest rehabilitative efforts, including not providing you with numerous treatment reports. I am not the person I was 10 years ago, and I am not the person I was 6 years ago during my arrest. I have spent those past 6 years engaging in treatment at Wyatt, and I have no desire to re-offend in any way. All I want to do is work to provide for my children, grand-children, and elderly mother.

    I will be transferred into the Bureau of Prisons soon, and I intend on engaging in treatment and rehabilitative programs there. I would like to update you periodically on my treatment progress in the hopes that you will

2)

see and understand my strong desire to never re-offend, as well as to give you insight into the treatment options in the Bureau of Prisons.

    During my current 6 years of detention I have thought alot about what I will do upon my release, which I had hoped was only a few years away. I have always been a history buff, especially American history, and during my detention I have become fascinated with law, specifically constitutional law and tax law. I have a bachelor's degree in accounting, and my plan was to go to law school to obtain a law degree. Although I may not be able to become a licensed attorney, my hope would be to find work at a law firm or in the courts. Because of my lengthy sentence, that is no longer an option. I am gravely concerned about my employment prospects upon my release. However, right now I am looking forward to my continued treatment, and I will not let you, myself, or my family down.

    Thank you for taking the time to read this letter.

Sincerely,

*[signature]*

Jason Boudreau
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360